**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

GREGORY THOMAS,               :   No. 98 EM 2019

                   Petitioner

              v.

THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY FIRST
JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION CRIMINAL SECTION ET
AL., HONORABLE JUDGE BRINKLEY-
GENECE,

                   Respondents

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2019, the "Petition for Kings [sic] Bench" and the Motion for Appointment of Counsel are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.